UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CORETTA RODDEY,                                            :
:
                           Petitioner,     :
:        22-CV-6310 (VSB)
              -against-                      :
:        **ORDER**
:
INFOSYS TECHNOLOGIES LIMITED,      :
INC.,                                                      :
:
                          Respondent.    :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    On July 26, 2022, I ordered Respondent to show cause on August 10, 2022 why a preliminary injunction should not issue, and I denied Petitioner's request for a temporary restraining order pending the hearing. (Doc. 11.) On July 28, 2022, Petitioner sent an email to my Chambers inbox containing a renewed request for a temporary restraining order. It is hereby

    ORDERED that the parties appear for a conference on Petitioner's renewed request for a temporary restraining order on August 2, 2022 at 3:00 p.m. The conference will be held via telephone, using the dial-in 888-363-4749 and the access code 2682448.

    IT IS FURTHER ORDERED that, to the extent that Petitioner has not already done so, Petitioner file the renewed request for a temporary restraining order on ECF.

    IT IS FURTHER ORDERED that Petitioner serve this order on Respondent and file an affidavit of such service on or before July 29, 2022.

SO ORDERED.

Dated: July 29, 2022
       New York, New York                     Vernon S. Broderick
                                                   United States District Judge