UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
CORETTA RODDEY,                         :
                :
              Petitioner,   :
                :          22-CV-6310 (VSB)
           -against-                  :
                :          **ORDER**
INFOSYS TECHNOLOGIES LIMITED,    :
INC.,                                       :
                :
              Respondent.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Today, I held a conference in this case. For the reasons stated on the record, Petitioner's renewed application for a temporary restraining order is DENIED because Petitioner has not met her burden of showing irreparable harm. In accordance with my comments at the conference, it is hereby

       ORDERED that on or before August 3, 2022, Respondent file the correspondence sent to Petitioner's counsel containing the 2016 Agreement, as discussed at the conference.

       IT IS FURTHER ORDERED that on or before August 8, 2022, Petitioner file any reply to Respondent's memorandum in opposition.

       IT IS FURTHER ORDERED that the show cause conference scheduled for August 10, 2022 is adjourned *sine die*. After reviewing the supplemental filings, I will inform the parties whether an evidentiary hearing is necessary or whether I can rule on Petitioner's request for a preliminary injunction on the papers and argument heard at the conference today.

       The Clerk of Court is respectfully directed to terminate the gavel pending at Doc. 13.

SO ORDERED.

Dated: August 2, 2022
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge