UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CORETTA RODDEY,                                             :
:
                             Petitioner, :
:       22-CV-6310 (VSB)
            -against-                              :
:       **ORDER**
:
INFOSYS TECHNOLOGIES LIMITED,                               :
INC.,                                                       :
:
                            Respondent. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Before me is Petitioner's reply in support of her petition to enjoin a 2020 arbitration proceeding against Respondent in the State of Georgia and to compel arbitration against Respondent in the State of New York, (Doc. 23), and declarations in support of her reply, (Docs. 24, 25). Because Petitioner's reply raises issues involving depositions that were taken after Respondent filed its opposition on August 2, 2022, (Doc. 19), I grant Respondent leave to file a sur-reply. Respondent is directed to file any sur-reply on or before August 15, 2022.

SO ORDERED.

Dated: August 9, 2022
       New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge