**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CORETTA RODDEY,

      Petitioner,          22 **CIVIL** 6310 (VSB)

  -against-              **JUDGMENT**

INFOSYS TECHNOLOGIES LIMITED, INC.,
      Respondent.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 3, 2022, Petitioner's motion to enjoin an ongoing arbitration and compel a new arbitration is DENIED, and this action is DISMISSED in its entirety; accordingly, the case is closed.

**Dated**: New York, New York
    November 3, 2022

                       **RUBY J. KRAJICK**
                       _____
                       **Clerk of Court**
           **BY:**   *K. Mango*
                       _____
                       **Deputy Clerk**